UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

In re:                                                                  Chapter 13

GERALDO ARIAS                                          Case No. 19-26046 - AJC

     Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST TO RECEIVE DOCUMENTS**

Notice is hereby given of the appearance of KEVIN G. PETERS, ESQ., and PETERS & PETERS, ATTORNEYS AT LAW, P.A., as counsel on behalf of creditor, TOWNHOUSES AT JACARANDA CONDOMINIUM ASSOCIATION, INC. Request is hereby made for counsel's name to be added to the matrix as:

> KEVIN G. PETERS, ESQ.
> **PETERS & PETERS, ATTORNEYS AT LAW, P.A.**
> Attorneys for Creditor
> *Townhouses at Jacaranda Condominium Association, Inc.*
> 9900 Stirling Road, Suite 104
> Cooper City, Florida 33024

and that it be served with copies of all pleadings, orders and other documentation filed in this cause.

Respectfully submitted this 2nd day of January, 2020.

> **PETERS & PETERS, ATTORNEYS AT LAW P.A.**
> Attorneys for Creditor
> *Townhouses at Jacaranda Condominium Association, Inc.*
> 9900 Stirling Road, Suite 104
> Cooper City, Florida 33024
> Telephone: 954/364-6284
> Facsimile: 954/206-0260
> E-mail: kevin@petersandpeterspa.com
>
> By: _____/s/_____.
>     KEVIN G. PETERS, ESQ.
>     Fla. Bar No. 83612

CERTIFICATE OF SERVICE

I certify that a true copy of this Notice of Appearance was served this 02 day of January, 2020, as follows:

The following persons/entities were noticed via NEF:

Robin R. Wiener, Trustee
Michael A. Frank, Esq.

The following persons/entities were noticed via U.S. mail:

Gerardo Arias
1601 NE 176 St
Miami, FL 33162

                              **PETERS & PETERS, ATTORNEYS AT LAW P.A.**
                              Attorneys for   *Townhouses at Jacaranda*
                                              *Condominium Association, Inc*.
                              9900 Stirling Road, Suite 104
                              Cooper City, Florida 33024
                              Telephone: 954/364-6284
                              Facsimile: 954/206-0260
                              E-mail: kevin@petersandpeterspa.com

                              By: _____/s/_____.
                                    KEVIN G. PETERS, ESQ.
                                    Fla. Bar No. 83612