

**ORDERED in the Southern District of Florida on January 29, 2020.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-26046-BKC-AJC
CHAPTER 13

IN RE:
GERARDO ARIAS,
    Debtor.
                          /

## ORDER GRANTING DEBTOR'S MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY TOWNHOUSES AT <u>JACARANDA CONDOMINIUM ASSOCIATION, INC.</u>

THIS CAUSE having come on to be heard at 9:00 a.m., on January 28, 2020, on the Debtor's Motion to Value and determine secured status of lien on real property, [ECF 23]. Based upon the Debtor's assertions made in support of the Motion, without objection, having considered the record in this case, and based upon the record, the Court FINDS as follows:

    A.    The value of the Debtor's real property located at 8233 Northwest 8th Street, Unit 26-06, Plantation, FL 33324, and more particularly described as:

**Condominium Unit No. 6, ISLANDIA CONDOMINIUM 26, according to the Declaration thereof, as recorded in Official Records Book 9046, Page 824, of the Public Records of Broward County, Florida,**

is $142,900.00, at the time of filing of this case.

    B.    The total of all claims secured by liens on the Real Property senior to the lien of Townhouses at Jacaranda Condominium Association Inc., (the "Lender") is $168,625.00.

    C.    The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of Lender is $0.00 and Lender, Townhouses at Jacaranda Condominium Association Inc., has a secured interest in the Real Property in such amount.

Consequently, it is ORDERED as follows:

1.    The Motion is GRANTED.

2.    Lender, Townhouses at Jacaranda Condominium Association Inc., has an allowed secured claim in the amount of $0.00.

3.    Because Lender's secured interest in Real Property is $0, Lender's two liens recorded on June 17, 2010 at OR Book 47153 at Page 600 and the second lien recorded on October 25, 2018 at Instrument number 115407654, of the official records of Broward County, Florida shall be deemed void and shall be extinguished automatically, without further order of the Court, upon entry of the Debtor's discharge in this Chapter 13 case. Further, if this case is converted to a case under any other Chapter or if this Chapter 13 case is dismissed, Lender's lien will no longer be considered void and shall be restored as a lien on the real property.

4.    (Select only one):

    ___ Lender has not filed a proof of claim in this case. The Trustee shall not disburse any payments to Lender unless a Proof of Claim is timely filed. In the event a proof of claim is timely filed, it shall be classified as a secured claim in the amount stated in paragraph 2, above, and as a general

unsecured claim for any amount in excess of such secured claim, regardless of the original classification in the proof of claim as filed.

or

__X__ Lender, Townhouses at Jacaranda Condominium Association Inc., filed a proof of claim in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount of $59,640.57, regardless of the original classification in the proof of claim as filed.

5. The real property may not be sold or refinanced without proper notice and further order of the Court.

6. Notwithstanding the foregoing, this Order is not recordable or enforceable until the Debtor receives a Discharge in this Chapter 13 case.

7. The mortgage lien holder shall issue a satisfaction of mortgage within 30 days of the entry of the Debtor' Discharge.

### # # #

Submitted by:
Michael J. Brooks, Esquire
10 Northwest LeJuene Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

Copies furnished to:
Michael J. Brooks, Esquire
Nancy Neidich, Trustee
Peters & Peters
Townhouses at Jacaranda Condominium Association, Inc., Attn: Lee Isaacs, President
Gerardo Arias, Debtor

Attorney, Michael J. Brooks, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt thereof.