UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-26046-BKC-AJC
CHAPTER 13

IN RE:
GERARDO ARIAS,
    Debtor.
_____/

**CERTIFICATE OF SERVICE OF OBJECTION TO CLAIM NO 24 OF ATHENE ANNUITY AND LIFE COMPANY AND NOTICE OF HEARING AND <u>CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 9073-1(D)</u>**

**I HEREBY CERTIFY** that a true and correct copy of the above **OBJECTION TO CLAIM NO 24 OF ATHENE ANNUITY AND LIFE COMPANY AND NOTICE OF HEARING** thereon was served as follows via electronic mail to Nancy Neidich, Trustee, at e2c801@ch13herkert.com, Fran E. Zion, counsel for Athene Annuity at fzion@hellerzion.com and those set forth in the NEF to be served electronically and was sent by U.S. Mail to Athene Annuity and Life Company, Attn: Grant Kvalheim, President, 7700 Mills Civic Parkway, West Des Moines, IA 50266, Select Portfolio Servicing Inc., Post Office Box 65250, Salt Lake City, UT 84165-0250 and Select Portfolio Servicing, Inc., Attn: Remittance Processing, Post Office Box 65450, Salt Lake City, UT 84165-0450 this 25th day of February of 2020.

DATED: February 25, 2020

        Law Offices of Michael J. Brooks, Michael A. Frank
          & Rodolfo H. De La Guardia, Jr.
          Attorneys for the Debtor(s)
          Suite 620 • Regions Bank Building
          10 Northwest LeJeune Road
          Miami, FL 33126-5431
          Telephone (305) 443-4217
          Facsimile (305) 443-3219
          Email - Pleadings@bkclawmiami.com

            /s/
          Michael A. Frank
          Florida Bar No. 339075