UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-26046-BKC-AJC
CHAPTER 13

IN RE:
GERARDO ARIAS,
    Debtor.
                                       /

**CERTIFICATE OF SERVICE OF ORDER CONTINUING DEBTOR'S OBJECTION TO CREDITOR, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN IT'S INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR LEGACY MORTGAGE ASSET TRUST'S NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES AND CHARGES AND CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 9073-1(D)**

**I HEREBY CERTIFY** that a true and correct copy of the above **ORDER CONTINUING DEBTOR'S OBJECTION TO CREDITOR, U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN IT'S INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR LEGACY MORTGAGE ASSET TRUST'S NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES AND CHARGES** thereon was served as follows via electronic mail to Nancy Neidich, Trustee, at e2c801@ch13herkert.com, Nicole M. Noel, counsel for U.S. Bank at bankruptcynotices@kasslaw.com and those set forth in the NEF to be served electronically and was sent by U.S. Mail to U.S. Bank, N.A., Attn: Andrew Cecere, CEO/President, 425 Walnut Street, Cincinnati, OH 45202, Rushmore Loan Management Services, LLC, Post Office Box 55004, Irvine, CA 92619-2708 and Rushmore Loan Management Services, LLC, Post Office Box 52708, Irvine, CA 92619-2708. this 30th day of June of 2020.

DATED: June 30, 2020

                                          Law Offices of Michael J. Brooks, Michael A. Frank
                                          &amp; Rodolfo H. De La Guardia, Jr.
                                          Attorneys for the Debtor(s)
                                          Suite 620 • Regions Bank Building
                                          10 Northwest LeJeune Road
                                          Miami, FL 33126-5431
                                          Telephone (305) 443-4217
                                          Facsimile (305) 443-3219
                                          Email - Pleadings@bkclawmiami.com

                                              /s/
                                          Michael A. Frank
                                          Florida Bar No. 339075

Case 19-26046-AJC    Doc 119    Filed 06/30/20    Page 2 of 2