UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-26046-BKC-AJC
CHAPTER 13

IN RE:
GERARDO ARIAS,
    Debtor.
_____/

**CERTIFICATE OF SERVICE OF MOTION TO REINSTATE CASE AND NOTICE OF HEARING AND <u>CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 9073-1(D)</u>**

    **I HEREBY CERTIFY** that a true and correct copy of the above **MOTION TO REINSTATE CASE AND NOTICE OF HEARING** thereon was served as follows via electronic mail to Nancy Neidich, Trustee, at e2c801@ch13herkert.com and those set forth in the NEF to be served electronically and was sent by U.S. Mail to all creditors. this 24th day of July of 2020.

    DATED: July 24, 2020

    Law Offices of Michael J. Brooks, Michael A. Frank
        & Rodolfo H. De La Guardia, Jr.
    Attorneys for the Debtor(s)
    Suite 620 • Regions Bank Building
    10 Northwest LeJeune Road
    Miami, FL 33126-5431
    Telephone (305) 443-4217
    Facsimile (305) 443-3219
    Email - Pleadings@bkclawmiami.com

        /s/
    Michael A. Frank
    Florida Bar No. 339075