UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-26046-BKC-AJC
CHAPTER 13

IN RE:
GERARDO ARIAS
    Debtor.
_____/

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that no monies are due at this time pursuant to the Debtor's Eighth Amended Chapter 13 Plan as of June 29, 2021, the date of the filing of the Debtor's Emergency Motion for Re-Hearing and Motion for Reinstatement of Chapter 13 Bankruptcy.

    Law Offices of Michael A. Frank
    & Rodolfo H. De La Guardia, Jr.
    Attorneys for the Debtor
    Suite 620 •
    10 Northwest LeJeune Road
    Miami, FL 33126-5431
    Telephone (305) 443-4217
    Facsimile (305) 443-3219

    By: /s/ Michael A. Frank
        Michael A. Frank
        Florida Bar No. 339075