

**ORDERED in the Southern District of Florida on October 12, 2021.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

IN RE:

GERARDO ARIAS,

Debtor.

_____/

Case No. 19-26046-BKC-AJC

Chapter 13

**ORDER OVERRULING DEBTOR'S OBJECTION TO NOTICE OF PAYMENT CHANGE IN RELATION TO CLAIM NO. 7 [DE 181]**

THIS CAUSE came before the Court for consideration upon Debtor, GERARDO ARIAS's Objection (the "Objection") to Creditor TOWNHOUSES AT JACARANDA CONDOMINIUM ASSOCIATION, INC. (the "Association") Notice of Mortgage Payment Change [DE 184]. Debtor objected to the payment change as including discharged/dischargeable pre-petition assessment amounts due to the Association in connection with the Debtor's real property located at 8233 NW 8th Street, #6, Plantation, FL 33324. The Creditor argued the payment change relates to a new post-petition assessment.

The parties were instructed to meet and confer and submit an agreed order or, if no agreement was reached, to submit proposed competing orders. The Court has received a proposed Order from Creditor's counsel, but no proposed order from Debtor. It appearing Debtor does not oppose this Order, it is

ORDERED AND ADJUDGED that the Objection is OVERRULED and the Debtor is obligated to Creditor for the amounts set forth by the Association's Notice of Mortgage Payment Change as such amounts represent post-petition maintenance or special assessments approved by the Association and which became or may become due and owing in connection with the Property post-petition.

###

Kevin G. Peters, Esq., is directed to serve a copy of this Order on all interested parties and to file a Certificate of Service.