**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____  Original Plan

☒ Ninth _____  Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____  Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Gerardo Arias     JOINT DEBTOR: _____     CASE NO.: 19-26046-AJC

SS#: xxx-xx- 2836     SS#: xxx-xx- _____

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☒ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section IX | ☒ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $442.85 for months 1 to 22 ;
2. $2,743.10 for months 23 to 23 ;
3. $1,331.27 for months 24 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| Total Fees: | $6,000.00 | Total Paid: | $1,500.00 | Balance Due: | $4,500.00 |
|---|---|---|---|---|---|
| Payable | $104.76 | /month (Months 1 to 22 ) | | | |
| Payable | $137.19 | /month (Months 23 to 38 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
Fee application filed

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS   ☐ NONE

**A. SECURED CLAIMS:**   ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Townhouses at Jacaranda Condo Assn Inc
   Address: c/o Peters & Peters
   9900 Stirling Rd #104
   Hollywood, FL 33024

   Arrearage/ Payoff on Petition Date _____
   Regular Payment (Maintain)   $293.08   /month (Months 1 to 22 )
   Regular Payment (Maintain)   $645.95   /month (Months 23 to 60 )

Last 4 Digits of Account No.: **2836**

Other: _____

☒ **Real Property**   Check one below for Real Property:
   ☒ Principal Residence         ☒ Escrow is included in the regular payments
   ☐ Other Real Property         ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
8233 NW 8 Street #6
Ft Lauderdale, FL 33324

☐ Personal Property/Vehicle

Description of Collateral: _____

---

**2. Creditor:** Cavalry SPV I, LLC

Address: POB 27288
        Tempe, AZ 85282

| | | | |
|---|---|---|---|
| Arrearage/ Payoff on Petition Date | $688.30 | | |
| Payoff (Including 0% monthly interest) | $4.46 | /month (Months 1 to 22 ) |
| Payoff (Including 0% monthly interest) | $15.54 | /month (Months 23 to 60 ) |

Last 4 Digits of Account No.: **8655**

Other: _____

☐ Real Property    Check one below for Real Property:
   ☐ Principal Residence         ☐ Escrow is included in the regular payments
   ☐ Other Real Property         ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:

☒ Personal Property/Vehicle

Description of Collateral: All non-exempt personal property

---

**3. Creditor:** Townhouses at Jacaranda Condo Assn Inc - Special Assessment

Address: c/o Peters & Peters
        9900 Stirling Rd #104
        Hollywood, FL 33024

| | | |
|---|---|---|
| Arrearage/ Payoff on Petition Date | $3,150.00 | |
| Arrears Payment (Cure) | $1,320.11 | /month (Months 23 to 23 ) |
| Arrears Payment (Cure) | $49.46 | /month (Months 24 to 60 ) |
| Regular Payment (Maintain) | $350.00 | /month (Months 23 to 60 ) |

Last 4 Digits of Account No.: **2836**

Other: _____

☒ **Real Property**   Check one below for Real Property:
   ☒ Principal Residence         ☒ Escrow is included in the regular payments
   ☐ Other Real Property         ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
8233 NW 8 St #6
Ft Lauderdale, FL 33324

☐ Personal Property/Vehicle

Description of Collateral:

**B.** **VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

**1. REAL PROPERTY:** ☐ NONE

| 1. Creditor: Townhouses at Jacaranda Condo Assn Inc | Value of Collateral: $142,900.00 | **Payment** |
|---|---|---|
| Address: c/o Peters & Peters, 9900 Stirling Rd #104, Hollywood, FL 33024 | Amount of Creditor's Lien: $35,000.00 | Total paid in plan: $0.00 |
| Last 4 Digits of Account No.: 2836 | Interest Rate: 0.00% | $0.00 /month (Months ___ to ___) |
| Real Property: ☒ Principal Residence, ☐ Other Real Property | Check one below: ☒ Escrow is included in the monthly mortgage payment listed in this section; ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly | |
| Address of Collateral: 8233 NW 8 St #6, Ft Lauderdale, FL 33324 | | |

**2. VEHICLES(S):** ☒ NONE

**3. PERSONAL PROPERTY:** ☒ NONE

**C. LIEN AVOIDANCE** ☒ NONE

**D. SURRENDER OF COLLATERAL:** ☒ NONE

**E. DIRECT PAYMENTS** ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☒ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Mercedes Benz Financial | 3001 | 2015 Mercedes Benz 350C |
| 2. | Ruchmore Loan Mgmt Ser | 8967 | 1601 NE 176 St, Miami, FL 33179 |
| 3. | Select Portfolio Svcin | 5932 | 18440 NE 20 Ave, Miami, FL 33179 |
| 4. | Select Portfolio Svcin | 3325 | 8233 NW 8 St #6, Ft Lauderdale, FL 33324 |
| 5. | Wells Fargo | 1768 | 1601 NE 176 Street, Miami, FL 33162 |
| 6. | Miami Dade County Tax Collector | 0130 | 18440 NE 20 Ave, Miami, FL 33179 |

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]    ☐ NONE

**A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

**B. INTERNAL REVENUE SERVICE:** ☒ NONE

**C. DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

**D. OTHER:** ☒ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS** ☐ NONE

**A.** Pay $137.19 /month (Months 39 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    B.    ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    C.    <u>SEPARATELY CLASSIFIED</u>:    ☒ NONE

| | | |
|---|---|---|
| VI. | <u>STUDENT LOAN PROGRAM</u> | ☒ NONE |
| VII. | <u>EXECUTORY CONTRACTS AND UNEXPIRED LEASES</u> | ☒ NONE |
| VIII. | <u>INCOME TAX RETURNS AND REFUNDS:</u> | ☒ NONE |
| IX. | <u>NON-STANDARD PLAN PROVISIONS</u> | ☒ NONE |

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ Gerardo Arias     Debtor | October 15, 2021 | Joint Debtor | |
|---|---|---|---|
| Gerardo Arias | Date | | Date |

| /s/ Michael A Frank | October 15, 2021 |
|---|---|
| Attorney with permission to sign on Debtor(s)' behalf | Date |

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**