UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-26046-BKC-AJC
CHAPTER 13

IN RE:
GERARDO ARIAS,
    Debtor
_____/

## NOTICE OF FILING

The Debtor by and through the undersigned attorney, hereby files the attached Addendum to Twelfth Amended Chapter 13 Plan.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to Nancy Neidich, Trustee, at e2c8f01@ch13herkert.com and all others set forth in the nEF on this 24th day of May, 2022.

LAW OFFICES OF MICHAEL A. FRANK
& RODOLFO H. DE LA GUARDIA, JR.
Attorneys for the Debtor
Suite 620 •
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone (305) 443-4217


By   /s/ Michael A. Frank_____
      Michael A. Frank
      Florida Bar No. 33075