## ADDENDUM TO TWELFTH AMENDED PLAN

On the claim of Townhouses at Jacaranda Condo Association, Inc., the regular maintenance payment was $359.60/month, months 1-20 and $595.00/month, months 21-23 with arrearages of $2,529.24 ($8,977.00 - $6447.76 paid).  The special assessments were $300.00/month, months 1-13 and $350.00/month, months 14-23 with arrearages of $7,400.00.  For months 24-25 the regular maintenance payment was $595.00/month, and the special assessment was $350.00/month Beginning month 26 the monthly maintenance payment will be $632.00/month and the special assessment will be $350.00/month, for a total of $982.00

Current payments: Regular maintenance payment: $632.00

                    Special assessment payment: $350.00

                                Total payment: $982.00