UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 19-26046-BKC-AJC
CHAPTER 13

IN RE:
GERARDO ARIAS   **EMERGENCY HEARING REQUESTED**
    Debtor.
_____/

**DEBTOR'S EMERGENCY MOTION FOR RE-HEARING AND MOTION FOR REINSTATEMENT OF CHAPTER 13 BANKRUPTCY**

(The emergency nature of this motion is that the Debtor's property is in foreclosure and the creditor filed an Ex Parte Motion to Reschedule the Foreclosure Sale)

    The Debtor, GERARDO ARIAS, moves this Honorable Court for an Order Granting Re-Hearing of the dismissal entered and reinstating the Chapter 13 Bankruptcy and states:

    1.    An Order dismissing the case was entered on September 7, 2022, for the Debtors' failure to remain current.

    **2.    The undersigned is holding in trust the sum of $3,746.34, which brings them current under his fifteenth Amended Chapter 13 Plan and he intends to remain current in all future payments.**

**CERTIFICATION OF LOCAL RULE 9075-I**

    3.    The emergency nature of this motion is that the Debtor's property is in foreclosure and the secured creditor, Towhhouses at Jacaranda Condominium Association, Inc., filed an Ex Parte Motion to Reschedule the Foreclosure Sale.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was emailed to Nancy Neidich, Trustee at e2c8f01@ch13herkert.com, Kevin G. Peters, counsel for Townhouse at Jacaranda Condo at kevin@petersandpeterspa.com and and all others set forth in the NEF this 19th day of September, 2022, and this Motion and an upcoming Notice of Hearing will be served via email on a separate Certificate of Service to those set forth in the NEF and by regular mail to Peters & Peters, P.A., 9900 Stirling Road, Suite 104, Cooper City, FL 33024 and to all creditors.

    Law Offices of Michael A. Frank
    & Rodolfo H. De La Guardia, Jr.
    Attorneys for the Debtor
    2000 Northwest 89th Place, Suite 201
    Doral, FL 33172
    Telephone (305) 443-4217
    Email- Pleadings@bkclawmiami.com

    By __/s/ Michael A. Frank_____
        Michael A. Frank
        Florida Bar No. 339075